HABERBUSH & ASSOCIATES, LLP
DAVID R. HABERBUSH, ESQ., SBN 107190
Dhaberbush@LBinsolvency.com
LOUIS H. ALTMAN, ESQ., SBN 167103
ROBERT I. BRAYER, ESQ., SBN 222092
444 West Ocean Boulevard, Suite 1400
Long Beach, CA 90802
Telephone: (562) 435-3456
Facsimile: (562) 435-6335

Attorneys for Christopher Beavor, Samantha Beavor, and Robert Rink, Jr. ("Objecting Parties")

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>TOLUCA LAKE VINTAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Debtor. | Case No. 1:09-bk-15680-GM<br><br>**Chapter 11**<br><br>**OBJECTION TO EMERGENCY EX PARTE APPLICATION FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING AND APPROVING: (1) A MODIFICATION OF THE ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN DEBTOR, CHINATRUST BANK AND OTHERS [DOCKET NO.44]; ETC.**<br><br>Date: May 13, 2010<br>Time: 10:00 AM<br>Place: Courtroom 303<br>21041 Burbank Blvd.,<br>Woodland Hills, CA |

Christopher Beavor, Samantha Beavor, and Robert Rink, Jr. ("Objecting Parties") hereby object to the Emergency Motion on the following grounds:

The settlement agreement with Chinatrust Bank contemplates an agreement by, among and between it, the Objecting Parties, and Debtor and other guarantors of the obligation owing to Chinatrust Bank. In fact, the entire settlement agreement was negotiated without any communications to Objecting Parties and without their consent. After this court approved the settlement agreement Objecting Parties' consent was sought. Objecting Parties do not consent and will not sign the proposed settlement agreement or any amendment to it.

THIS DOCUMENT PREPARED ON RECYCLED PAPER

1  Objecting Parties are guarantors of the obligation of Debtor to Chinatrust Bank. The settlement agreement requires the agreement of Objecting Parties. However, the settlement agreement allows for a sale of the Chinatrust Bank obligation of Debtor to a third party but does not relieve the guarantors of their obligations. Guarantors received no consideration for their entering into the settlement agreement and the settlement agreement is ambiguous as to what rights of Chinatrust Bank are being transferred to the purchaser of the obligation.

This Objection is interposed for the purpose of advising the court and the parties that Objecting Parties do not intend to and nor shall they participate in the proposed settlement or any amendment thereto.

Respectfully submitted,

HABERBUSH & ASSOCIATES, LLP

Dated: May 10, 2010

By: _____
DAVID R. HABERBUSH, ESQ., Attorneys for Christopher Beavor, Samantha Beavor, and Robert Rink, Jr. ("Objecting Parties")

| In re: TOLUCA LAKE VINTAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-15680-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802.

A true and correct copy of the foregoing document described as **OBJECTION TO EMERGENCY EX PARTE APPLICATION FOR HEARING ON DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZING AND APPROVING : (1) A MODIFICATION OF THE ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN DEBTOR, CHINATRUST BANK AND OTHERS [DOCKET NO. 44]; ETC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 10, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Bernard R Given    bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Victor A Sahn    vsahn@sulmeyerlaw.com
- William D Schuster    bills@allieschuster.org
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 10, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 10, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Steven Edward, Esq - Via Email sedwards@manatt.com
Ivan Kallick, Esq - Via Email IKallick@manatt.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 10, 2010 | Monique Talamante | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| | |
|---|---|
| In re: TOLUCA LAKE VINTAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | CHAPTER 11 |
| Debtor(s). | CASE NUMBER 1:09-bk-15680-GM |

Office of the U.S. Trustee
San Fernando Valley
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Geraldine Mund, JUDGE
U.S. BANKRUPTCY COURT
21041 Brubank Blvd, Ctrm 342
Woodland Hills, CA 91367

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1