1  Victor A. Sahn (CA Bar No. 97299)
      vsahn@sulmeyerlaw.com
2  Asa S. Hami (CA Bar No. 210728)
      ahami@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520
6
7  Attorneys for Toluca Lake Vintage, LLC,
   Debtor and Debtor in Possession

FILED & ENTERED

MAY 18 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY pgarcia    DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**

10

11  In re                              CASE NO. 1:09-bk-15680-GM

12  TOLUCA LAKE VINTAGE, LLC, A       Chapter 11
    CALIFORNIA LIMITED LIABILITY
    COMPANY,                          **ORDER GRANTING EMERGENCY EX
13                                     PARTE MOTION FOR ORDER
            Debtor.                     AUTHORIZING AND APPROVING:**
14
                                       **(1)MODIFICATION OF THE ORDER
15                                      APPROVING SETTLEMENT
                                       AGREEMENT BY AND BETWEEN
16                                      DEBTOR, CHINATRUST BANK  AND
                                       OTHERS [DOCKET NO. 44];**
17
                                       **(2) GRANTING CHINATRUST BANK
18                                      RELIEF FROM AUTOMATIC STAY AND
                                       RELATED RELIEF; AND**
19
                                       **(3) DEBTOR'S EXECUTION OF
20                                      CERTAIN DOCUMENTS AND
                                       AGREEMENTS IN CONNECTION WITH
21                                      THE PURCHASE OF THE  CHINATRUST
                                       BANK LOAN BY DEBTOR OR A
22                                      SUCCESSOR IN INTEREST AND
                                       CERTAIN OTHER RELIEF**
23
                                       DATE:    May 18, 2010
24                                     TIME:    10:00 a.m.
                                       PLACE:  21041 Burbank Boulevard
25                                              Woodland Hills, CA 91367-6603
26
27
28

VSAHN\ 634492.7

1    The Court has considered the "Debtor's Emergency Motion for an Order

2    Authorizing and Approving (1) a Modification of the Order Approving Settlement

3    Agreement By and Between Debtor, Chinatrust Bank  and Others [Docket No. 44]; (2)

4    Granting Chinatrust Bank Relief from Automatic Stay and  Related Relief; and (3)

5    Debtor's Execution of Certain Documents and Agreements in Connection with the

6    Purchase of the Chinatrust Bank Loan by Debtor or a Successor in Interest and Certain

7    Other Relief ("Emergency Motion") including the evidence and declarations submitted in

8    support of the Emergency Motion.  The Court has considered the argument of counsel in

9    connection with the Emergency Motion.  Appearing for the Debtor and moving party was

10    Victor A. Sahn of Sulmeyer Kupetz.  Appearing for CityView LA Urban Fund I, L.P. or its

11    designee was Ivan Kallick of Manatt Phelps & Phillips.  Other appearances were as

12    reflected on the record.  Based upon the Emergency Motion and good cause appearing

13    therefore, it is hereby:

14    ORDERED, that the Emergency Motion is granted; and further

15    ORDERED, any objection or opposition, if any, to the Emergency Motion shall be

16    and is hereby overruled, if not withdrawn prior to the hearing on the Emergency Motion;

17    and further

18    ORDERED, that notice of the hearing on the Emergency Motion was proper under

19    Bankruptcy Section 102(1)(A) of the Bankruptcy Code and pursuant to the order

20    shortening time as issued by this Court; and further

21    ORDERED, that the modifications to the Debtor's previously approved

22    compromise with Chinatrust Bank are approved as set forth in the Emergency Motion and

23    in Exhibit 4 to the Emergency Motion; provided however, that if any of the Guarantors as

24    defined in Exhibit 4 to the Emergency Motion do not sign the final version of the

25    Settlement Agreement, that such signatures will not be necessary in order to

26    consummate the Settlement Agreement.  To the extent the underlying documentation

27    attached to the Emergency Motion is inconsistent in any fashion with this Order as to the

28

**Sulmeyer** Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

**Sulmeyer** Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  indemnity or assignment of guaranty between the Frey Parties and Chinatrust Bank only,

2  this Order shall supersede and control; and further

3       ORDERED, that the various agreements between the Debtor, Frey, the Frey Trust,

4  Star Development, LLC, and/or CityView LA Urban Fund I, L.P. or its designee

5  ("CityView") are hereby approved including the Letter of Intent as defined in the

6  Emergency Motion and which is attached as Exhibit "5" to the Emergency Motion, the

7  Deed in Lieu of Foreclosure Agreement which is Exhibit "6" to the Emergency Motion,

8  and any amendments to either of these agreements, which are substantially similar in

9  form and content, as well as such other and further documents as are necessary to

10  effectuate the terms and conditions of the Letter of Intent  by and among the various

11  parties; and further

12       ORDERED, that the Debtor is authorized to enter in to the loan sale escrow

13  instructions with Chinatrust as contemplated in the Settlement Agreement.  Further,

14  CityView shall deliver one or more sets of supplemental instructions to the escrow

15  described in this paragraph and the Debtor is authorized to countersign such

16  supplemental instructions; and further

17       ORDERED, that the transactions between the Debtor, Star Development, LLC and

18  CityView shall be free and clear of all liens, claims or interests in the real property owned

19  by the Debtor which property is located at 10639-10660 Woodbridge Street in Toluca

20  Lake, California ("Property") under Section 363(f) of the Bankruptcy Code, other than

21  those mechanic's liens remaining on the Property at the closing under the Deed in Lieu of

22  Foreclosure Agreement which are designated as Tranche 2 Claims pursuant to

23  paragraphs 19(g)(1) and 19(g)(2) on pages 9-11 of the Emergency Motion and further

24       ORDERED, that the transfer of the Property to CityView pursuant to the Deed in

25  Lieu of Foreclosure Agreement is free and clear of the unrecorded $6,000,000 deed of

26  trust in favor of Herbert Frey or the Frey Trust as well as any claims of any present or

27  former members or investors in the Debtor; and further

28

1  ORDERED, that the automatic stay under Section 362(d) of the Bankruptcy Code

2  shall be terminated as to Chinatrust Bank if the payments required under the Settlement

3  Agreement are not made on or before June 4, 2010 as well as the at risk deposit

4  payment that is due on May 18, 2010.  If the automatic stay is terminated, consistent with

5  the Settlement Agreement, Chinatrust shall have relief from stay to seek the appointment

6  of a Receiver as well as other relief permitted by the Settlement Agreement; and further

7  ORDERED, that on behalf of the Debtor, Star Development, LLC, Frey and the

8  Frey Parties have control of the management and interests of the Debtor and are

9  authorized to execute the deed in lieu of foreclosure and all other documents necessary

10 to the transactions described in the Emergency Motion and the signing by Star

11 Development shall create a binding, enforceable agreement by the Chapter 11 Debtor

12 which may be enforced against the Debtor according to its terms; and further

13 ORDERED, that the automatic stay, as necessary, is hereby relieved in order to

14 permit CityView to record the deed in lieu of foreclosure that is signed by the Debtor and

15 to thereafter transfer the Property to CityView; and further

16 ORDERED, that the price being paid by CityView under the LOI is fair and

17 reasonable under Section 363(b); and further

18 ORDERED, notwithstanding anything to the contrary in this Order, all rights,

19 remedies, defenses and claims that the Debtor and its members, including, but not

20 limited to, Essential Investments, LLC, a Nevada limited liability company, C&S Holdings,

21 LLC, a Nevada limited liability company, Rocket Construction, Inc., a California

22 Corporation, (collectively, the "Debtor Parties"), Christopher Beavor, Samantha Beavor,

23 C&S Holdings, LLC, a Nevada corporation, Brianhead Lofts, LLC, a Utah limited liability

24 company, on the one hand, and the Herbert Frey Family Revocable Trust, dated

25 November 22, 1982, and related parties, (collectively, "Frey"), on the other hand, they

26 have against each other, are preserved; and further

27 ORDERED, notwithstanding anything to the contrary in this Order, all

28 compensation to Star Development, LLC, or Frey, or any other entity controlled by Frey,

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

4

1  except as set forth in Section B.1 and B.3 of the "Advisory Services and Revenue Share

2  Agreement" attached as Exhibit 9 to the Emergency Motion, shall be paid to the Debtor.

3  To the extent the underlying documentation attached to the Emergency Motion is

4  inconsistent in any fashion with the language of this paragraph of this Order, this Order

5  shall supersede and control; and further

6      ORDERED, that the Debtor in Possession and CityView have acted in good faith

7  and at arms length, and otherwise meet the requirements of Section 363(m) of the

8  Bankruptcy Code.

9                                    ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23  DATED: May 18, 2010

_United States Bankruptcy Judge_

24

25

26

27

28

**Sulmeyer** Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| In re:<br><br>TOLUCA LAKE VINTAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Debtor(s). | CHAPTER: 11<br><br><br><br>CASE NUMBER: 1:09-bk-15680-GM |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  ORDER GRANTING EMERGENCY EX PARTE MOTION FOR ORDER AUTHORIZING AND APPROVING: (1)MODIFICATION OF THE ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN DEBTOR, CHINATRUST BANK AND OTHERS [DOCKET NO. 44]; (2) GRANTING CHINATRUST BANK RELIEF FROM AUTOMATIC STAY AND  RELATED RELIEF; AND (3) DEBTOR'S EXECUTION OF CERTAIN DOCUMENTS AND AGREEMENTS IN CONNECTION WITH THE PURCHASE OF THE  CHINATRUST BANK LOAN BY DEBTOR OR A SUCCESSOR IN INTEREST AND CERTAIN OTHER RELIEF will  be served as served on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  May 18, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

David R Haberbush on behalf of Interested Party Christopher Beavor – dhaberbush@lbinsolvency.com

S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV) – margaux.ross@usdoj.gov

Victor A Sahn on behalf of Debtor Toluca Lake Vintage, LLC – vsahn@sulmeyerlaw.com

William D Schuster on behalf of Creditor HD Supply Construction Supply LTD – bills@allieschuster.org

United States Trustee (SV) – ustpregion16.wh.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  May 18, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367-6606

☒ Service Information continued on attached page.

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  May 18, 2010  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed  no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 18, 2010 | Shirley Lee | /s/Shirley Lee |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br><br>TOLUCA LAKE VINTAGE, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY<br><br>Debtor(s). | CHAPTER: 11<br><br><br><br>CASE NUMBER: 1:09-bk-15680-GM |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

<u>Service by U.S. Mail</u>

Sharice Bahoumian on behalf of
Creditor Progressive Business Corp. dba Progressive Insulation & Windows
6454 Cold Water Canyon Avenue
North Hollywood, CA  91606-1187

Norman A. Filer on behalf of Creditor Vintage Plastering, Inc.
500 North State College Blvd., #270
Orange, CA  92868

James D. Lipschultz on behalf of Creditor Ahern Rentals, Inc.
12400 Wilshire Blvd.
Los Angeles, CA  90025

| n re:<br><br>TOLUCA LAKE VINTAGE, LLC<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 1:09-bk-16565-MT |
|---|---|

**NOTE TO USERS OF THIS FORM:**

1.  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2.  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3.  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4.  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled <u>ORDER GRANTING EMERGENCY EX PARTE MOTION FOR ORDER AUTHORIZING AND APPROVING: (1)MODIFICATION OF THE ORDER APPROVING SETTLEMENT AGREEMENT BY AND BETWEEN DEBTOR, CHINATRUST BANK  AND OTHERS [DOCKET NO. 44]; (2) GRANTING CHINATRUST BANK RELIEF FROM AUTOMATIC STAY AND  RELATED RELIEF; AND (3) DEBTOR'S EXECUTION OF CERTAIN DOCUMENTS AND AGREEMENTS IN CONNECTION WITH THE PURCHASE OF THE  CHINATRUST BANK LOAN BY DEBTOR OR A SUCCESSOR IN INTEREST AND CERTAIN OTHER RELIEF</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of <u>May 18, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

David R Haberbush on behalf of Interested Party Christopher Beavor – dhaberbush@lbinsolvency.com
S Margaux Ross on behalf of U.S. Trustee United States Trustee (SV) – margaux.ross@usdoj.gov
Victor A Sahn on behalf of Debtor Toluca Lake Vintage, LLC – vsahn@sulmeyerlaw.com
William D Schuster on behalf of Creditor HD Supply Construction Supply LTD – bills@allieschuster.org
United States Trustee (SV) – ustpregion16.wh.ecf@usdoj.gov

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Sharice Bahoumian on behalf of
Creditor Progressive Business Corp. dba Progressive Insulation
& Windows
6454 Cold Water Canyon Avenue
North Hollywood, CA  91606-1187

Norman A. Filer on behalf of Creditor Vintage Plastering, Inc.
500 North State College Blvd., #270
Orange, CA  92868

James D. Lipschultz on behalf of Creditor Ahern Rentals, Inc.
12400 Wilshire Blvd.
Los Angeles, CA  90025

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.